UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NACHAMA HIRSCH,

                      Appellant,

    -against-

BENJAMIN HIRSCH,

                      Appellee.
-------------------------------------------------------X

NOT FOR PUBLICATION
**ORDER**
05-cv-2266 (CBA)

**AMON, Chief United States District Judge.**

On September 29, 2011, this Court issued a Memorandum and Order in *Musso v. Hirsch*, 08-cv-4735, resolving matters related to the above-captioned bankruptcy appeal. The Court hereby orders Appellant Nachama Hirsch to advise the Court within thirty (30) days as to whether the disposition in *Musso v. Hirsch* has afforded her the relief she seeks in her above-captioned appeal. If Appellant does not reply within thirty days, the Court will assume that she has attained the relief sought and will terminate this action.

SO ORDERED.

Dated: Brooklyn, N.Y.
       October 4, 2011

s/CBA

Carol Bagley Amon
Chief United States District Judge